STATE OF CONNECTICUT *v.* STEPHEN FREEMAN
(AC 20326)

Lavery, C. J., and Flynn and Daly, Js.

Argued October 25—officially released November 27, 2001

Per Curiam. The judgment is affirmed.

DARRELL ATKINSON *v.* COMMISSIONER OF
CORRECTION
(AC 20163)

Foti, Dranginis and Flynn, Js.

Argued October 23—officially released November 27, 2001

Per Curiam. The appeal is dismissed.

JOHN BAIRD *v.* MATTHEW LUDWIG
(AC 21238)

Foti, Schaller and Mihalakos, Js.

Argued October 25—officially released November 27, 2001

Per Curiam. The judgment is affirmed.